```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 24403
    MELISSA R HANSEN
    MICHAEL D HANSEN                            CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-6513    SSN XXX-XX-4474
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/28/07 and confirmed on 06/09/08.

   2.  The case was converted to Chapter 7 after confirmation, 02/17/2009.

   3.  The Debtor paid a total of $  10596.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BARCLAYS CAPITAL REAL ES | CURRENT MORTG | .00 | .00 | .00 |
| BARCLAYS CAPITAL REAL ES | MORTGAGE ARRE | 5992.60 | .00 | 5992.60 |
| UMLI/UM CAPITAL | SECURED | .00 | .00 | .00 |
| GREEN TREE SERVICING INC | MORTGAGE ARRE | 6691.92 | .00 | 2419.01 |
| KANE COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| HARRIS BANK NA | UNSECURED | 28391.98 | .00 | .00 |
| KEYBANK NATIONAL ASSOCIA | SECURED | .00 | .00 | .00 |
| KANE COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| BMW FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 4883.09 | .00 | 557.52 |
| BECKET & LEE LLP | UNSECURED | 5569.41 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 11968.34 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7593.03 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 3104.96 | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5506.30 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 4942.05 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 798.68 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10156.65 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3633.59 | .00 | .00 |
| MACYS RETAIL HOLDINGS IN | UNSECURED | 1223.20 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 824.67 | .00 | .00 |

```
SBC AMERITECH            UNSECURED     NOT FILED           .00         .00
ECAST SETTLEMENT CORPORA UNSECURED       4126.76           .00         .00
PORTFOLIO RECOVERY ASSOC UNSECURED       3832.16           .00         .00
WELLS FARGO FINANCIAL IN UNSECURED        507.48           .00         .00
WELLS FARGO ED FINANCIAL UNSECURED       7724.27           .00         .00
       Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  12684.52        .00    104786.62         .00   117471.14
PRINCIPAL PAID       8411.61        .00       557.52         .00     8969.13
INTEREST PAID            .00        .00          .00         .00         .00
TOTAL PAID           8411.61        .00       557.52         .00     8969.13
```

The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   3500.00
and was paid $   2470.00   direct and $   1030.00   through the plan.

The Trustee received $    596.87 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/11/09                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE